© Broward Sheriff's Office

